FIRST NATIONAL BANK OF NEVADA, APPELLANT, *v.* LYLA B. STEWART, RESPONDENT.

No. 7749

June 23, 1975          537 P.2d 319

*Wiener, Goldwater, Galatz & Waldman, Ltd.,* and *Gerald M. Gordon,* of Las Vegas, for Appellant.

*Michael F. Maley,* of Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

This appeal is from an order of the district court setting aside a default judgment and asserts that the court abused its discretion. Our review of the record leads us to conclude that the district court acted within permissible limits of its discretion in vacating the judgment in order to allow the merits of the cause to be determined following an adversary trial.

Affirmed.